THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH POKORNY, Relator, v. ST. JOHN'S ORPHAN ASYLUM and Others, Respondents.— Application withdrawn. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

ARANKA BALASSA, as Administratrix, etc., of GEORGE BALASSA, Deceased, Respondent, v. KASSEL WOODWORK CO., INC., Appellant.— Judgment and order reversed on the law and the facts, and new trial granted, costs to abide the event, on the ground that the jury's finding that defendant's driver was negligent is against the weight of evidence. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

SUSAN E. BAUMEISTER, Respondent, v. JAMES McCREERY & COMPANY, Appellant.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs, upon authority of *Linker* v. *Jamison* (173 App. Div. 349, and cases therein cited). Rich, Jaycox, Manning and Young, JJ., concur; Kelly, P. J., dissents upon the ground that it is apparent that the trial of the issue as to the release will practically depend upon the same evidence as will be required upon the trial of the main action, and under these circumstances we should not interfere with the discretion vested in the court at Special Term. (Civ. Prac. Act, § 443, subd. 3.)